UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JOYCE A ZECK                                              CASE NO. 20-10719
4524 E GREENSBORO- CHAPEL HILL ROAD                      JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253

      DEBTOR

SSN(1) XXX-XX-9633                                        DATE:  04/02/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0020 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0006 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $3,866.69<br>INT:  .00%<br>NAME ID:  181492<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 8792<br>COMMENT: |
| CAVALRY SPV I LLC<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $4,634.12<br>INT:  .00%<br>NAME ID:  152644<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 3304<br>COMMENT:  CAPITAL ONE |
| CITI CARDS<br>P O BOX 6500<br>SIOUX FALLS, SD  57117 | $0.00<br>INT:  .00%<br>NAME ID:  34642<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT:  .00%<br>NAME ID:  2914<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  137686<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10719

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST HORIZON<br>P O BOX 1545<br>MEMPHIS, TN 38101 | $0.00<br>INT: .00%<br>NAME ID: 58839<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9633<br>COMMENT: |
| KEY BANK<br>P O BOX 89446<br>CLEVELAND, OH 44101 | $0.00<br>INT: .00%<br>NAME ID: 183225<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| KOHLS/CAPITAL ONE<br>P O BOX 3115<br>MILWAUKEE, WI 53201-3115 | $0.00<br>INT: .00%<br>NAME ID: 135167<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC 29603-0368 | $4,035.68<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 6698<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9633<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $2,990.22<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 4871<br>COMMENT: SAM'S CLUB |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $2,571.18<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 4682<br>COMMENT: PAYPAL CREDIT |
| SYNCHRONY BANK/CARE CREDIT<br>P O BOX 965061<br>ORLANDO, FL 32896 | $0.00<br>INT: .00%<br>NAME ID: 154201<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX 75261-9741 | $0.00<br>INT: .00%<br>NAME ID: 176871<br>CLAIM #: 0005 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7403<br>COMMENT: OC,DIR |
| USAA SAVINGS BANK<br>P O BOX 33009<br>SAN ANTONIO, TX 78265 | $0.00<br>INT: .00%<br>NAME ID: 122502<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON WIRELESS<br>P O BOX 26055<br>MINNEAPOLIS, MN 55426 | $0.00<br>INT: .00%<br>NAME ID: 111763<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

**TOTAL:**            **$18,149.89**

PAGE 3  -  CHAPTER 13 CASE NO. 20-10719

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
| --- | --- | --- |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10719

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/02/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice